1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   HIREFORCE,

Plaintiff,

8

v.

9

BRETT BARLOW,

10

Defendant.

11

Case No.  16-cv-03210-HSG

**ORDER REGARDING *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 2

12
13        On June 10, 2016, Plaintiff Hireforce moved *ex parte* for entry of a temporary restraining

14   order and order to show cause regarding preliminary injunctive relief against Defendant Brett

15   Barlow.  *See* Dkt. No. 2 ("Motion").

16        The Court has carefully reviewed the Motion and all accompanying papers.  The Court

17   hereby ORDERS Plaintiff to serve the documents submitted to the Court under docket numbers 1,

18   2, 3, 4, 5 (the complaint, Motion, and supporting documents) and 10 (this Order) on Defendant by

19   June 13, 2016, at 5 p.m. PST.  Plaintiff shall serve Defendant through the email address

20   me@brettbarlow.com.  Defendant is DIRECTED to respond to the Motion by June 15, 2016, at 5

21   p.m. PST.  Thereafter, the Court will notify the parties if it requires a hearing on the Motion.

22        **IT IS SO ORDERED.**

23   Dated:  June 13, 2016

24

_Haywood S. Gill, Jr._

25   HAYWOOD S. GILLIAM, JR.
United States District Judge

26
27
28