Robert W. Ottinger (SBN 156825)
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94105
robert@ottingerlaw.com
Tel: 415-579-1584
Fax: 212-571-0505

*Attorneys for Plaintiff Hireforce*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| HIREFORCE,<br><br>         Plaintiff,<br><br>vs.<br><br>BRETT BARLOW,<br><br>         Defendant. | Case No. 3:16-cv-3210<br><br>STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties and/or counsel for the parties hereto as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned lawsuit is hereby dismissed in its entirety without prejudice pursuant to the terms of the Settlement Agreement between the parties.

2. This Court shall retain jurisdiction to construe and enforce the Settlement Agreement. There is no award of counsel fees or costs by the Court to either side except as explicitly provided by the Settlement Agreement.

3. This Stipulation and Order may be executed in counterparts and faxed or PDF signatures shall be deemed originals.

///

///

| | |
|---|---|
| PLAINTIFF HIREFORCE | DEFENDANT BRETT BARLOW |
| By: /s/ Robert W. Ottinger | By: /s/ Brett Barlow |
| Robert W. Ottinger (SBN 156825) | BRETT BARLOW |
| THE OTTINGER FIRM, P.C. | |
| 535 Mission Street | |
| San Francisco, CA 94105 | |
| robert@ottingerlaw.com | |
| Tel: 415-579-1584 | |
| Fax: 212-571-0505 | |

Dated: San Francisco, CA
June 21, 2016

Dated: San Francisco, CA
June 21, 2016

**SO ORDERED:**

/s/ Haywood S. Gilliam, Jr.
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Dated: 7/15/2016

---

2
**STIPULATION OF DISMISSAL**